UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| DOMINICK R. VOSO and | ) | |
| DAYNA W. VOSO, | ) | Bankruptcy Case No. 12 B 43429 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

**ORDER ON REAFFIRMATION AGREEMENT**

On February 1, 2013, a reaffirmation agreement between the debtor(s) **Dominick Voso** and creditor **FreedomRoad Financial**, docket entry **no. 28** was filed with the Court. IT IS HEREBY ORDERED that:

☐   The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

X   The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

☐   The court does not approve the reaffirmation agreement.

Dated:                                                          ENTERED:

February 22, 2013

_____
Honorable Donald R. Cassling
United States Bankruptcy Judge